UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Coach Services,

                    Plaintiff(s),

          -against-

Himatsingka America, Inc.,
                    Defendant(s).

------------------------------------x

05 CV 4566 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

          Counsel shall confer and inform Judge Preska by letter no later than March 30, 2026 of the status of the action/remaining claims/defendants.


SO ORDERED.


                                        _____

                                        LORETTA A. PRESKA,

                                        Senior U.S.D.J.


Dated: 3/23/26

New York, New York